UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALMA GABRIELA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; U.S. BANK NATIONAL ASSOCIATION, INC.; MYNOR AUTO SALES; and VEROS CREDIT LLC,<br><br>　　　　　Defendants. | Case No. 2:23-CV-04240-DMG(BFMx)<br>Assigned to Hon Dolly M. Gee<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial Date:　　None Set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

IT IS SO ORDERED.

DATED: January 8, 2024

*BMirff*

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

12554.0029/16689196.1